UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00050-MOC

| | |
|---|---|
| **MICHAEL D. HYATT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on Plaintiff's Consent Motion for Extension of Time (#9) to file his Motion for Summary Judgment and memorandum in support thereof. Having considered the motion and reviewed the pleadings, the court enters the following Order.[1]

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Consent Motion for Extension of Time (#9) is **GRANTED**, and Plaintiff is allowed up to and inclusive of August 24, 2016, to so file his Motion for Summary Judgment. **IT IS FURTHER ORDERED** that Defendant shall

---

[1] The court also takes this opportunity to direct both parties' attention to Local Rule of Civil Procedure 7.1, which governs filing procedures for electronic documents and proposed orders in this district. The rules provide, in pertinent part:

> **(H)** *Electronic Format for Briefs, Motions, and Pleadings.* Briefs, motions, and pleadings shall be filed in a PDF readable format, rather than an electronically copied format, whenever possible. Filing pleadings and briefs in a PDF readable format allows the court and the parties to fully utilize electronic filings.

See LCvR 7.1 (H). Regarding future filings in this case, the court reminds parties to file motions and briefs in PDF readable format.

then be allowed up to and inclusive of October 24, 2016 to file her Motion for Summary Judgment and supporting memorandum.

Signed: July 29, 2016

Max O. Cogburn Jr.
United States District Judge