UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00050-MOC

| | |
|---|---|
| **MICHAEL D. HYATT,** | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| **CAROLYN W. COLVIN,** | ) |
| Acting Commissioner of Social Security | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the defendant's Consent Motion for Reversal and Remand (#12). The court notes that the motion is unopposed. Having considered the motion and reviewed the pleadings, the court enters the following Order.

Pursuant to sentence four of 42 U.S.C. § 405(g), the court has the authority to "enter, upon pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." The court does so here upon the defendant's motion. The case will be reversed and remanded for further administrative proceedings, including the opportunity for a new hearing. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**ORDER**

**IT IS, THEREFORE, ORDERED** that Consent Motion for Reversal and Remand (#12) is **GRANTED**. The Commissioner's decision in this case is, hereby, **REVERSED** and the case

is **REMANDED** to the Commissioner for further proceedings, including the opportunity for a new hearing.

Signed: September 30, 2016

Max O. Cogburn Jr
United States District Judge